

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00221-CV

Tommy Lee **BROWN**, Jr.,
Appellant

v.

Sandra Ann **BROWN**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI06544
Honorable Laura Salinas, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee, Sandra Ann Brown, recover her costs of this appeal from appellant, Tommy Lee Brown, Jr.

SIGNED December 11, 2019.

_____
Rebeca C. Martinez, Justice